**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ISAIAH KENNETH ROY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 13-1080 (ABJ) |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

On September 8, 2014, Magistrate Judge Alan Kay issued a Report and Recommendation [Dkt. # 12] with respect to plaintiff's motion for a judgment of reversal [Dkt. # 9], and defendant's motion for a judgment of affirmance [Dkt. # 10]. Magistrate Judge Kay recommends that plaintiff's motion be denied, and that defendant's motion be granted. Sept. 8, 2014 Report & Recommendation at 24. The report advised the parties "that under the provisions of Local Rule 72.3(b) of the United States District Court for the District of Columbia, any party who objects to the Report and Recommendation must file a written objection thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation." *Id*. To date, no objections have been filed.

It is therefore ORDERED that the Report and Recommendation [Dkt. # 12] is ADOPTED in its entirety; and it is

FURTHER ORDERED that plaintiff's motion for a judgment of reversal [Dkt. # 9] is DENIED; and it is

FURTHER ORDERED that defendant's motion for a judgment of affirmance [Dkt. # 10]

is GRANTED.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: October 1, 2014